GENNERO PIZZOLA ET AL. *v.* PLAINVILLE PLANNING
AND ZONING COMMISSION ET AL.

The plaintiffs' motion to dismiss the appeal of the defendant Frank Pugliese, Chairman of the Plainville Planning and Zoning Commission, from the Court of Common Pleas in Hartford County is denied.

*David J. Harrigan,* for the appellees (plaintiffs).

*James H. Shulman,* for the appellants (defendants Frank Pugliese and Willis R. Zenga).

Argued March 6—decided March 6, 1973

CITY OF GROTON *v.* COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES

The plaintiff's motion to dismiss the appeal from the Superior Court in New London County is denied.

*James F. Brennan, Jr.,* for the appellee (plaintiff).

*Bernard F. McGovern, Jr.,* assistant attorney general, for the appellant (defendant).

Argued March 6—decided March 6, 1973

PIONEER HOSE COMPANY No. 1, INC. *v.* COMMISSION
ON HUMAN RIGHTS AND OPPORTUNITIES

The plaintiff's motion to dismiss the appeal from the Superior Court in New London County is denied.